UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MURRY MCKINLEY,

    Plaintiff

v.

JAMES DZURENDA et al.,

    Defendants

Case No. 3:18-cv-00239-MMD-CBC

ORDER

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 27 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**I.   DISCUSSION**

On May 23, 2018, Plaintiff, a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). The Court has not yet screened the complaint. On February 27, 2019, Plaintiff filed a motion for leave to file an amended complaint but did not attach a proposed amended complaint. (ECF No. 6). The Court grants Plaintiff's motion to file an amended complaint.

If Plaintiff chooses to file an amended complaint he is advised that an amended complaint supersedes (replaces) the original complaint and, thus, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) (holding that "[t]he fact that a party was named in the original complaint is irrelevant; an amended pleading supersedes the original"); *see also Lacey v. Maricopa Cnty.*, 693 F.3d 896, 928 (9th Cir. 2012) (holding that for claims dismissed with prejudice, a plaintiff is not required to reallege such claims in a subsequent amended complaint to preserve them for appeal). Plaintiff's amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this lawsuit. Moreover, Plaintiff should file the amended complaint on this Court's approved prisoner civil rights form and it must be entitled "First Amended Complaint."

If Plaintiff chooses to file an amended complaint, Plaintiff will file the amended complaint on or before Friday, March 29, 2019. If Plaintiff chooses not to file an amended complaint, the Court will screen the original complaint (ECF No. 1-1).

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for leave to file an amended complaint (ECF No. 6) is granted.

It is further ordered that, if Plaintiff chooses to file an amended complaint, Plaintiff will file the amended complaint on or before Friday, March 29, 2019.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF No. 1-1). If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that, if Plaintiff chooses not to file an amended complaint, the Court will screen the original complaint (ECF No. 1-1).

DATED: 2/27/2019

_____
UNITED STATES MAGISTRATE JUDGE