1  AARON D. FORD
     Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail: pdunkley@ag.nv.gov
6
   *Attorneys for Defendants*
7  *James Dzurenda, Susan Hoffman,*
   *Martin Naughton and Perry Russell*
8

```
                    FILED        ____ RECEIVED
              ____  ENTERED      ____ SERVED ON
                         COUNSEL/PARTIES OF RECORD

                         JUN 15 2020

                     CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
              BY: _____ DEPUTY
```

9              UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11  MURRY MCKINLEY,
                                        Case No. 3:18-cv-00239-MMD-CLB
12            Plaintiff,

13  vs.                                 STIPULATION AND [~~PROPOSED~~]
                                                  ORDER
14  JAMES DZURENDA, et al.,

15            Defendants.

16         Defendants, James Dzurenda, Susan Hoffman, Martin Naughton and Perry Russell, by and

17  through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley,

18  Deputy Attorney General, and Plaintiff Murry McKinley (McKinley), by and through counsel Ryan A.

19  Hamilton hereby stipulate to continue the Early Mediation Conference currently scheduled for June 23,

20  2020, for 60 days, to permit sufficient time for McKinley to receive off-site medical testing and receive

21  the results thereof, after which the parties will have better information regarding possible settlement

22  possibilities.

23         \\

24         \\

25         \\

26         \\

27         \\

28         \\

1

This Stipulation and Order is submitted in good faith and not submitted for the purposes of delay.

### PROPOSED SCHEDULE

| | |
|---|---|
| Current Early Mediation Conference: | June 23, 2020 |
| Proposed Early Mediation Conference: | August 25, 2020 at 2:30 p.m. |
| Supplemental Settlement Briefs due: | August 18, 2020 |

Dated this 15th day of June 2020.

        AARON D. FORD
        Attorney General

By: /s/ Peter E. Dunkley
     PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
     *Attorneys for Defendants*

Dated this 15th day of June 2020.

        HAMILTON LAW

By: /s/ Ryan A. Hamilton
     RYAN A. HAMILTON, Bar No. 11587
     *Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 15, 2020