1  AARON D. FORD
   Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1259
   E-mail: pdunkley@ag.nv.gov

6

*Attorneys for Defendants*
7  *James Dzurenda, Susan Hoffman,*
   *Martin Naughton and Perry Russell*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MURRY MCKINLEY, | Case No. 3:18-cv-00239-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

Defendants, James Dzurenda, Susan Hoffman, Martin Naughton and Perry Russell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, and Plaintiff Murry McKinley (McKinley), by and through counsel Ryan A. Hamilton hereby stipulate to continue the Early Mediation Conference currently scheduled for August 25, 2020, until October 29, 2020, to permit sufficient time for McKinley to receive off-site medical testing and receive the results thereof, after which the parties will have better information regarding possible settlement possibilities.

\\

\\

\\

\\

\\

\\

1

1  This Stipulation and Order is submitted in good faith and not submitted for the purposes of delay.

**PROPOSED SCHEDULE**

Current Early Mediation Conference: August 25, 2020.

Proposed Early Mediation Conference: October 29, 2020, at 9 a.m.

Supplemental Settlement Briefs due: October 22, 2020

Dated this 20th day of August 2020.

AARON D. FORD
Attorney General

By: /s/ Peter E. Dunkley
PETER E. DUNKLEY, Bar No. 11110
Deputy Attorney General
*Attorneys for Defendants*

Dated this 20th day of August 2020.

HAMILTON LAW

By: /s/ Ryan A. Hamilton
RYAN A. HAMILTON, Bar No. 11587
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: August 21, 2020

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of August, 2020, I caused to be served a copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER** by U.S. District Court CM/ECF Electronic Filing to:

Ryan A. Hamilton, Esq.
Hamilton Law, LLC
5125 S. Durango, Suite C
Las Vegas, NV 89113
ryan@hamlegal.com
chellsea@hamlegal.com
notices@hamlegal.com

/s/ Caitie Collins
An employee of the
Office of the Attorney General