AARON D. FORD
  Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Susan Hoffman,*
*Martin Naughton, and Perry Russell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MURRY MCKINLEY,

    Plaintiff,

vs.

JAMES DZURENDA, et al.,

    Defendants.

Case No. 3:18-cv-00239-MMD-CLB

**STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**

It is stipulated and agreed by and between Plaintiff, Murry McKinley in pro per, and by defendants, James Dzurenda, Susan Hoffman, Dr. Martin Naughton, and Perry Russell, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon at the Continued Mediation Conference which concluded on October 29, 2020.

DATED: November 23, 2020

By: *Murry Scott McKinley*
Murry McKinley
*Plaintiff Pro Se*

DATED: Nov. 25, 2020

By: *M. Martin for A. Dominguez* Bar # 13267
Andrea M. Dominguez, Bar No. 15209
Deputy Attorney General
*Attorneys for NDOC Defendants*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED: November 30, 2020

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of November 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE** by U.S. District Court CM/ECF Electronic Filing to:

Murry Scott McKinley #92604
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

/s/ Cary Hall
An employee of the
Office of the Attorney General